3-638257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**03-20664**

**CIV - GRAHAM**

**MAGISTRATE JUDGE**
**GARBER**

--------------------------------------------------
MAERSK  SEALAND,

                              Plaintiff,

        - against -

UNITED CARGO INTERNATIONAL,
INC., NOREILYS CAMARILLO,
JOSE OSPINA, ALEX DE QUESADA,
MICHELANGELO ("MICHAEL")
LAMORTE, and EDUARDO DE
QUESADA,

                              Defendants.
--------------------------------------------------

CIVIL COMPLAINT
IN ADMIRALTY



Plaintiff, MAERSK SEALAND, by its attorneys WALTON LANTAFF

SCHROEDER & CARSON, as and for its Complaint against defendants, UNITED

CARGO INTERNATIONAL, INC., NOREILYS CAMARILLO, JOSE OSPINA,

ALEX DE QUESADA, MICHELANGELO ("MICHAEL") LAMORTE, and

EDUARDO DE QUESADA, in personam, in a cause of action civil and maritime,

alleges upon information and belief:

        1.  This is an admiralty and maritime claim within the meaning of Rule

9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of

1999, 46 U.S.C. App. Section 1701, et seq., and Clause 14.4 of the Bills of

Lading.

        2.  At all times hereinafter mentioned, plaintiff, MAERSK SEALAND

("MSL") was and still is a corporation organized and existing under the laws of the

State of Delaware, with offices and a place of business at 6000 Carnegie Blvd.,

Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendant UNITED CARGO INTERNATIONAL, INC. ("UNITED CARGO") was and still is a corporation organized and existing under the laws of the State of Florida, with offices and a place of business at 1916 N.W. 82nd Avenue, Miami, FL 33122, with an agent for service of process, Eduardo De Quesada, at the corporate address.

4. Upon information and belief and at all times hereinafter mentioned, defendant NOREILYS CAMARILLO ("CAMARILLO") was and still is a natural person and resident of the State of Florida, residing at c/o United Cargo International, Inc., 1916 N.W. 82nd Avenue, Miami, FL 33122, and is a principal of the corporate defendant.

5. Upon information and belief and at all times hereinafter mentioned, defendant JOSE OSPINA ("OSPINA") was and still is a natural person and resident of the State of Florida, residing at c/o United Cargo International, Inc., 1916 N.W. 82nd Avenue, Miami, FL 33122, and is a principal of the corporate defendant.

6. Upon information and belief and at all times hereinafter mentioned, defendant ALEX DE QUESADA ("ALEX DE QUESADA") was and still is a natural person and resident of the State of Florida, residing at c/o United Cargo International, Inc., 1916 N.W. 82nd Avenue, Miami, FL 33122, and is a principal of the corporate defendant.

7. Upon information and belief and at all times hereinafter mentioned, defendant MICHELANGELO ("MICHAEL") LAMORTE ("LAMORTE") was and still is a natural person and resident of the State of Florida, residing at c/o United Cargo International, Inc., 1916 N.W. 82nd Avenue, Miami, FL 33122, and is a principal of the corporate defendant.

8. Upon information and belief and at all times hereinafter mentioned, defendant EDUARDO DE QUESADA ("EDUARDO DE QUESADA") was and still is a natural person and resident of the State of Florida, residing at c/o United Cargo International, Inc., 1916 N.W. 82nd Avenue, Miami, FL 33122, and is a principal of the corporate defendant.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANT UNITED CARGO

9. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1-3, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

10. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

11. Thereafter, the said goods were transported to the ports of destination and delivered to the defendant and/or its agents.

12. Plaintiff has performed all acts required to be performed by plaintiff.

13. Defendant has failed and refused and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

14. By reason of the foregoing, plaintiff has sustained damages in the amount of $48,387.68 which, although duly demanded, have not been paid.

## AS AND FOR A SECOND CAUSE OF ACTION
## AGAINST DEFENDANT CAMARILLO

15. Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 4, and 10-14, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

16. Pursuant to Clause 14.4 of MSL's Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

17. Defendant CAMARILLO, as a principal of defendant UNITED CARGO, is liable for the $48,387.68 due.

18. Plaintiff has performed all acts required to be performed by plaintiff.

19.  Defendant has failed and refused, and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

20.  By reason of the foregoing, plaintiff has sustained damages in the amount of $48,387.68 which, although duly demanded, have not been paid.

## AS AND FOR A THIRD CAUSE OF ACTION
## AGAINST DEFENDANT OSPINA

21.  Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 5, and 10-14, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

22.  Pursuant to Clause 14.4 of MSL's Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

23.  Defendant OSPINA, as a principal of defendant UNITED CARGO, is liable for the $48,387.68 due.

24.  Plaintiff has performed all acts required to be performed by plaintiff.

25.  Defendant has failed and refused, and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

26.  By reason of the foregoing, plaintiff has sustained damages in the amount of $48,387.68 which, although duly demanded, have not been paid.

## AS AND FOR A FOURTH CAUSE OF ACTION
## AGAINST DEFENDANT ALEX DE QUESADA

26.  Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 6, and 10-14, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

27.  Pursuant to Clause 14.4 of MSL's Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

28.  Defendant ALEX DE QUESADA, as a principal of defendant UNITED CARGO, is liable for the $48,387.68 due.

29.  Plaintiff has performed all acts required to be performed by plaintiff.

30.  Defendant has failed and refused, and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

31.  By reason of the foregoing, plaintiff has sustained damages in the amount of $48,387.68 which, although duly demanded, have not been paid.

AS AND FOR A FIFTH CAUSE OF ACTION
AGAINST DEFENDANT LAMORTE

32.  Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 7, and 10-14, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

33.  Pursuant to Clause 14.4 of MSL's Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

34.  Defendant LAMORTE, as a principal of defendant UNITED CARGO, is liable for the $48,387.68 due.

35.  Plaintiff has performed all acts required to be performed by plaintiff.

36.  Defendant has failed and refused, and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

37.  By reason of the foregoing, plaintiff has sustained damages in the amount of $48,387.68 which, although duly demanded, have not been paid.

AS AND FOR A SIXTH CAUSE OF ACTION
AGAINST DEFENDANT EDUARDO DE QUESADA

38.  Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1, 2, 8 and 10-14, inclusive of this Complaint, with the same force and effect as if fully set forth at length herein.

39.  Pursuant to Clause 14.4 of MSL's Bill of Lading, the principals of the shipper are jointly and severally liable for the ocean freight and related charges due.

40.  Defendant EDUARDO DE QUESADA, as a principal of defendant UNITED CARGO, is liable for the $48,387.68 due.

41.  Plaintiff has performed all acts required to be performed by plaintiff.

42.  Defendant has failed and refused, and continues to fail and to refuse to remit payment of $48,387.68, although duly demanded.

43.  By reason of the foregoing, plaintiff has sustained damages in the amount of $8,387.68 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1.  On the First Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2.  On the Second Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

3.  On the Third Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

4.  On the Fourth Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

5.  On the Fifth Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fees.

6.  On the Sixth Cause of Action - for judgment in the amount of $48,387.68, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fees.

7.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

8.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Miami, Florida
          March 19, 2003

WALTON LANTAFF SCHROEDER & CARSON

By_____
          Lawrence D. Smith
          Florida Bar No. 323594
          Attorneys for Plaintiff
          MAERSK SEALAND
          9350 South Dixie Highway, 10th Floor
          Miami, FL 33156
          (305) 671-1300

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

SCHEDULE A

I. Details of shipment(s):

    1. Bill of Lading No. SJI016691, dated August 22, 2002, from Newark to Rio Haina on the Vessel MARCON, two (2) forty-foot Hi-Cubes SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $3,400.00 (Exhibit A).

Amount Paid: $0                   Amount Due: $3,400.00

    2. Bill of Lading No. SJI029965, dated September 13, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot container SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit B).

Amount Paid: $0                   Amount Due: $1,650.00

    3. Bill of Lading No. SJI029969, dated September 13, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot container SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit C).

Amount Paid: $0                   Amount Due: $1,650.00

    4. Bill of Lading No. SJI029972, dated September 13, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit D).

Amount Paid: $0                   Amount Due: $1,650.00

5. Bill of Lading No. SJI0331177, dated September 19, 2002, from Newark to Rio Haina on the Vessel MARCON, one (1) forty-foot container SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit E).

Amount Paid: $0                            Amount Due: $1,650.00

6. Bill of Lading No. SJI033121, dated September 26, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit F).

Amount Paid: $0                            Amount Due: $1,650.00

7. Bill of Lading No. SJID13354, dated October 18, 2002, from Newark to Rio Haina via Freeport on the Vessel WESTERKADE, three (3) forty-five foot Hi-Cubes SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $4,341.00 (Exhibit G).

Amount Paid: $0                            Amount Due: $4,341.00

8. Bill of Lading No. SJID13428, dated october 24, 2002, from Newark to Rio Haina via Freeport on the Vessel MAERSK SAN JUAN, one (1) forty-five foot container SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,447.00 (Exhibit H).

Amount Paid: $0                            Amount Due: $1,477.00

9. Bill of Lading No. SJID13432, dated october 24, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, two (2) forty-five foot Hi-Cubes SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $2,824.00 (Exhibit I).

Amount Paid: $0                            Amount Due: $2,824.00

10.  Bill of Lading No. SJI043731, dated October 24, 2002, from Newark to Rio Haina via Freeport on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube and four (4) forty-five foot Hi-Cubes SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $6,548.00 (Exhibit J).

Amount Paid: $0                    Amount Due: $6,548.00

11.  Bill of Lading No. SJI053892, dated November 1, 2002, from Newark to Rio Haina on the Vessel MARCON, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: CARS, et al., at the applicable tariff and/or Service Contract rate of $1,851.38 (Exhibit K).

Amount Paid: $0                    Amount Due: $1,851.38

12.  Bill of Lading No. NYCD26048, dated November 7, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: USED AUTO PARTS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit L).

Amount Paid: $0                    Amount Due: $1,650.00

13.  Bill of Lading No. SJI058311, dated November 7, 2002, from Jersey City to Rio Haina via Newark on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit M).

Amount Paid: $0                    Amount Due: $1,650.00

14.  Bill of Lading No. SJI058313, dated November 7, 2002, from Jersey City to Rio Haina via Newark on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit N).

Amount Paid: $0                    Amount Due: $1,650.00

15. Bill of Lading No. SJID15115, dated November 14, 2002, from Newark to Rio Haina on the Vessel MARCON, one (1) forty-five foot Hi-Cube SAID TO CONTAIN: MACHINERY, et al., at the applicable tariff and/or Service Contract rate of $1,951.30 (Exhibit O).

Amount Paid: $0                         Amount Due: $1,951.30


16. Bill of Lading No. SJI061656, dated November 22, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit P).

Amount Paid: $0                         Amount Due: $1,650.00


17. Bill of Lading No. SJI061659, dated November 22, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: AUTOS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit Q).

Amount Paid: $0                         Amount Due: $1,650.00


18. Bill of Lading No. SJI063983, dated November 22, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit R).

Amount Paid: $0                         Amount Due: $1,650.00


19. Bill of Lading No. SJI064658, dated November 22, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,650.00 (Exhibit S).

Amount Paid: $0                         Amount Due: $1,650.00

20. Bill of Lading No. SJID15754, dated November 28, 2002, from Newark to Rio Haina on the Vessel MARCON, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,575.00 (Exhibit T).

Amount Paid: $0                                   Amount Due:$ 1,575.00

21. Bill of Lading No. SJI033124, dated September 26, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,550.00 (Exhibit U).

Amount Paid: $0                                   Amount Due: $1,550.00

22. Bill of Lading No. SJI036173, dated September 26, 2002, from Newark to Rio Haina on the Vessel MAERSK SAN JUAN, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,550.00 (Exhibit V).

Amount Paid: $0                                   Amount Due: $1,550.00

23. Bill of Lading No. SJI036168, dated October 5, 2002, from Newark to Rio Haina on the Vessel MARCON, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $1,550.00 (Exhibit W).

Amount Paid: $0                                   Amount Due: $1,550.00

II. TOTAL AMOUNT DUE: $48,387.68



# MAERSK SEALAND

## MAERSK SEALAND FREIGHT INVOICE
### BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:    UNITED CARGO INTL-JERSEY CITY
       20 AMITY STREET
       JERSEY CITY NJ 07304

B/L Number: SJ1016691

Shpr Ref  : LG00024
Frwdr Ref :
Vessel/Voy: MARCON          /0235

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY, NJ 07305

Receipt  : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: AUG 22 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | LBS | CFT |
| | 2 X 40' HIGHCUBE CNTRS. | | |
| | 8 UNITS | 13616 | 2279.000 |
| | 1 CAR HONDA SDN 1998 BLACK | | |
| | VIN #1HGCG5543WA009989 | | |
| | 1 CAR HONDA CIVIC 1998 RED | | |
| | VIN #1HGEJ6578WL026736 | | |
| | 1 CAR TOYOTA COROLLA 1998 BLUE | | |
| | VIN #2T1BR18E8WC060299 | | |
| | 1 CAR HONDA CIVIC 2000 GREEN | | |
| | VIN #2HGEJ6674YH503726 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  2.00* | 1600.00 | USD | HC | 3200.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 200.00 |

EXHIBIT "A"

| TOTAL FREIGHT DUE: | USD | 3400.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                                9564/4250M/3-01/DR

**MAERSK SEALAND**              COMBINED TRANSPORT
                               BILL OF LADING

MARKS & NUMBERS              DESCRIPTION

                             1 CAR KIA 1998 RED
                             VIN #KNAFB121XW5734511        SJ1016691
                             1 CAR SUBARU IMPREZA 1997
                             GREEN VIN #JF1GF4357VH802796
                             1 CAR HONDA CIVIC 1997 RED
                             VIN #1HGEJ6679VL026081
                             1 CAR TOYOTA COROLLA 1998
                             BLACK VIN #2T1BR18E8WC091294
                             AUTOMOVIL
                             SC NO: 10468

FREIGHT & CHARGES

M1000                                                      9564/4250M/3-01/DR



# MAERSK SEALAND

## FREIGHT INVOICE
### COMBINED TRANSPORT BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

*Please reference the B/L Number on your remittance*

To:    UNITED CARGO INTL-JERSEY CITY
20 AMITY STREET
JERSEY CITY NJ 07304

B/L Number: SJ1029965

Shpr Ref  : CONS.:CMDR0030
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0239
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO NEW JERSEY Y/O
JOSE REYES
20 AMITY ST
JERSEY CITY,NJ 07305

Sailing Date: SEP 13 02    Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'CONTAINER | KGS | CBM |
| | 4 CARS | 1799 | 17.840 |
| | 1 HONDA CIVIC EX 2001 GREY | | |
| | VIN # 2HGEM22972L062425 | | |
| | 1 HONDA CIVIC LX 1991 GREEN | | |
| | VIN # 2HGEJ6675VH535159 | | |
| | 1 HONDA CIVIC LX 1991 GREEN | | |
| | VIN # 2HGEJ6674WH591840 | | |
| | 1 TOYOTA CAMRY 2000 BLACK | | |
| | VIN # 4T1BG22K0YU984572 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | 40' | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SURCHARGE | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SURCHARGE | 100.00 |

EXHIBIT "B"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR

ORIGINAL FREIGHT INVOICE

# MAERSK SEALAND

**COMBINE TRANSPORT
BILL OF LADING**

ATTACHMENT NO. 1 OF 1

MARKS & NUMBERS

DESCRIPTION

AUTOMOVIL
SC NO: 10468                    SJ1029965

FREIGHT & CHARGES

M1000                                                            9564/4250M/3-01/DR



# MAERSK SEALAND

**FREIGHT INVOICE**
COMBINED TRANSPORT
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:   2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:  UNITED CARGO INTL-JERSEY CITY
     20 AMITY STREET
     JERSEY CITY NJ 07304

B/L Number: SJ1029969

Shpr Ref  : CONS.CMDR0031
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0239

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: SEP 13 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | ------ | ------- |
| | 1 X 40'CONTAINER | KGS | CBM |
| | 4 CARS | 2933 | 31.715 |
| | 1 TOYOTA COROLLA DX 1997 TAN | | |
| | VIN # 1NXBB02E6VZ587099 | | |
| | 1 TOYOTA COROLLA 1998 MROON | | |
| | VIN # 2T1BR18E5WC007903 | | |
| | 1 HONDA CIVIC/SE 1999 GREEN | | |
| | VIN # 2HGEJ6619XH540105 | | |
| | 1 NISSAN SENTRA/XE 1998 WHITE | | |
| | VIN # 3N1AB41D7WL058264 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | 40' | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SURCHARGE | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SURCHARGE | 100.00 |

EXHIBIT "C"

| **TOTAL FREIGHT DUE:** | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR

# MAERSK SEALAND

**COMBINE TRANSPORT**
**BILL OF LADING**

ATTACHMENT NO. 13  1 OF   1

MARKS & NUMBERS            DESCRIPTION

                          AUTOMOVIL
                          SC NO: 10468                    SJ1029969

FREIGHT & CHARGES

M1000                                                          9564/4250M/3-01/DR



**MAERSK SEALAND**

**FREIGHT INVOICE**
~~PREPAID TRANSPORT~~
~~BILL OF LADING~~

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:   2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1029972

Shpr Ref  : CONS.:CMDR0028
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0239

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: SEP 13 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | KGS | CBM |
| | 4 CARS | 2230 | 23872.000 |
| | 1 CAR HONDA ACORD LX 1998 | | |
| | SILVER | | |
| | VIN #1HGCG5645WA224839 | | |
| | 1 CAR TOYOTA COROLLA 1999 | | |
| | BLACK | | |
| | VIN #2T1BR12E4XC172710 | | |
| | 1 TOYOTA COROLLA CE 1997 TAN | | |
| | VIN #2T1BA02E9VC185540 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |

EXHIBIT "D"

| **TOTAL FREIGHT DUE:** | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR



**MAERSK SEALAND**

**FREIGHT INVOICE**
COMBINED TRANSPORT
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number: 2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:    UNITED CARGO INTL-JERSEY CITY
       20 AMITY STREET              B/L Number: SJ1033117
       JERSEY CITY NJ 07304
                                    Shpr Ref  :
                                    Frwdr Ref :
                                    Vessel/Voy: MARCON          /0239
Shipper: UNITED CARGO NEW JERSEY Y/O   Receipt   : NEWARK
         JOSE REYES                  Load Port : NEWARK
         20 AMITY ST                 Discharge : RIO HAINA
         JERSEY CITY,NJ 07305        Delivery  : RIO HAINA

Sailing Date: SEP 19 02    Payment is due within 15 business days of sailing

## CARGO DETAILS

Marks and Numbers          Description of Goods              Weight        Measure
-----------------          -------------------              ------        -------
                    1 X 40'CONTAINER
                      4 CARS                                2979 KGS       32.000 CBM
                      1 MITS GALANT ES/SILVER 1997
                      VIN# 4A3AJ56G8VE053696
                      1 NISSAN SENTRA/EX 1997 SILVER
                      VIN# 1N4AB41D9VC791390
                      1 TOYOTA COROLLA VE 1998 WHITE
                      VIN# 2T1BR12E9WC063528
                      1 HONDA CIVIC DX 1997 BLUE
                      VIN# 1HMEJ6622VS028682

## FREIGHT AND CHARGES

Freight Basis        Rate    Currency Per                    Prepaid
-------------        ----    -------- ---                    -------
BASIC FREIGHT  1.00*     1515.00    USD    40'                1515.00
VALUE ADDED TAX(VAT)       35.00    USD    SURCHARGE            35.00
PORT SECURITY (US)        100.00    USD    SURCHARGE           100.00

**EXHIBIT "E"**

| **TOTAL FREIGHT DUE:** | USD | 1650.00 |

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                              9564/4250M/3-01/DR

# MAERSK SEALAND

**COMBINED TRANSPORT**
**BILL OF LADING**

NO.:  1  OF  1

MARKS & NUMBERS          DESCRIPTION

                         AUTOMOVIL
                         SC NO: 10468                    SJ1033117

FREIGHT & CHARGES

M1000

9564/4250M/3-01/DR

Case 1:03-cv-20664-DLG   Document 1   Entered on FLSD Docket 03/21/2003   Page 22 of 51



**MAERSK SEALAND**

**COMBINED TRANSPORT**
**FREIGHT INVOICE**
**BILL OF LADING**

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY, NJ 07305

B/L Number: SJ1033121

Shpr Ref  : CONS.: CMDR0033
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0241
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: SEP 26 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | | Measure | |
| --- | --- | --- | --- | --- | --- |
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | | KGS | | CBM |
| | 4 CARS | 3460 | | 33.924 | |
| | 1 HONDA CIVIC/EX 1999 GREY | | | | |
| | VIN # 1HGEJ8143KL096767 | | | | |
| | 1 TOYOTA COROLLA 1997 WHITE | | | | |
| | VIN # 1NXB402EXV253069 | | | | |
| | 1 VOLKS PAS SUBN 2000 GREY | | | | |
| | VIN # WVWMA23B0YE301541 | | | | |
| | 1 HONDA ACORD 1998 GREEN | | | | |
| | VIN # 1HGCG5645WA179026 | | | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
| --- | --- | --- | --- | --- |
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |

# EXHIBIT "F"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
| --- | --- | --- |

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR

**MAERSK SEALAND**   **COMBINE TRANSPORT**
**BILL OF LADING**   DOCUMENT NO.:  1  OF  1

MARKS & NUMBERS          DESCRIPTION

NO S.E.D. REQUIRED FSTR
SEC.30.55.H. CARGO VALUE UNDERSJ1033121
$2,500. PER INDIVIDUAL
SCHEDUALE B 650959614-PTO-
0018
AUTOMOVIL
SC NO: 10468

FREIGHT & CHARGES

M1000                                                                    9564/4250M/3-01/DR



# MAERSK SEALAND

## FREIGHT INVOICE
### BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

*Please reference the B/L Number on your remittance*

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET                    B/L Number: SJ1D13354
      JERSEY CITY NJ 07304
                                         Shpr Ref  :
                                         Frwdr Ref :
Shipper: UNITED CARGO NEW JERSEY Y/O JOSE  Vessel/Voy: WESTERKADE    /0203
         REYES 20 AMITY ST                 Receipt  : NEWARK
         JERSEY CITY, NJ 07305             Load Port : NEWARK
                                           Discharge : FREEPORT
                                           Delivery : RIO HAINA

Sailing Date: OCT 18 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 45' HC STC | LBS | CFT |
| | 3 CARS | 5750 | 1200.000 |
| | 1-TOYOTA COROLLA 1999 RED | | |
| | VIN# 2T1BR12E9XC113506 | | |
| | 1-TOYOTA COROLLA AVE 2000 GREEN | | |
| | VIN# 2T1BR18E6YC340761 | | |
| | 1-TOYOTA CAMRY 2000 SILVER | | |
| | VIN# 4T1BG22K2YU645134 | | |
| | AUTOMOVIL | | |
| | S/ No: 10458 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  3.00* | 1300.00 | USD | 45' | 3900.00 |
| PORT SECURITY (US) | 112.00 | USD | SX | 336.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SX | 105.00 |

EXHIBIT "G"

| TOTAL FREIGHT DUE: | USD | 4341.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                                    9564/4250M/3-01/DR

# MAERSK SEALAND

**COMBINED TRANSPORT
BILL OF LADING**

ATTACHMENT NO.:  1 OF  1

| MARKS & NUMBERS | DESCRIPTION |
|---|---|

```
              1 X 45' HC STC                              LBS          CFT
                3 CARS                     SJ1D13354
                1-HONDA CIVIC/ EX 2002 GRAY
                1-VIN # 1HGE526812L006370
                1-TOYOTA CAMRY CE/L 1999 GOLD
                VIN # 4T1BG22K0XU462653
                1-VOLKSWAGEN CONV.1997 BLUE
                VIN # 3VWBA81E3VM809265
              1 X 45' HC STC                              LBS          CFT
                3 CARS                          5750       1200.000
                1-TOYOTA CAMRY DX/L 1996 RED
                VIN # 4T1BG12K6TU709789
                1-TOYOTA COROLLA 2001 WHITE
                VIN # 2T1BR12E81C49170
                1-TOYOTA COROLLA 1999 TAN
                VIN # 2T1BR12E5XC251884

                NO S.E.D REQUIRED FSTR
                SEC.30.55.H. CARGO VALUE
                UNDER $2,500 PER INDIVIDUAL
                SCHEDUALE B 650959614-
                PTO-0018
                SC NO: 10468
```

FREIGHT & CHARGES

M1000

9564/4250M/3-01/DR



**MAERSK SEALAND**

**FREIGHT INVOICE**
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number: 2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304          B/L Number : SJ1D13428

                                    Shpr Ref : CMDR0065-SC1046
                                    Frwdr Ref :
Shipper: UNITED CARGO OF NEW JERSEY  Vessel/Voy: MAERSK SAN JUAN  /0245
         20 AMITY STREET             Receipt  : NEWARK
         JERSEY CITY NJ 07304        Load Port : NEWARK
                                     Discharge : FREEPORT
                                     Delivery  : RIO HAINA

Sailing Date: OCT 24 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| N/M | 1 X45'CNTR | KGS | CFT |
| | 3 PIECES | 6009 | 1200.000 |
| | VEHICLES | | |
| | 1 SUZUKI SIDEKICK 1995 GRAY | | |
| | VIN# 2S3TD03V1S6412478 2224 | | |
| | 1 HONDA CIVIC/LX 1998 BLACK | | |
| | VIN# 2HGEJ6674WH549510 1565 | | |
| | 1 HONDA ACCORD /EX 1998 WHITE | | |
| | VIN# 1HGCG6676WA27227G 2220 | | |
| | NO USDA REQUIRED FSTR SEC | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1300.00 | USD | 45' | 1300.00 |
| PORT SECURITY (US) | 112.00 | USD | SX | 112.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SX | 35.00 |

EXHIBIT "H"

| TOTAL FREIGHT DUE: | USD | 1447.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                              9564/4250M/3-01/DR

# MAERSK SEALAND

## COMBINED TRANSPORT
## BILL OF LADING

MARKS & NUMBERS            DESCRIPTION

                                 30.55 H CARGO VALUE UNDER
                                 $2500. PER INDIVIDUAL B        SJ1D13428
                                 650959614-PTO-0018XX
                                 SC NO: 10468

FREIGHT & CHARGES



# MAERSK SEALAND

## FREIGHT INVOICE
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1043731

Shpr Ref  : CONS.:CMDR0041
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0245

Shipper: UNITED CARGO NEW JERSEY Y/O JOSE
         REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Receipt  : NEWARK
Load Port : NEWARK
Discharge : FREEPORT
Delivery  : RIO HAINA

Sailing Date: OCT 24 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | LBS | CFT |
| | 4 CARS | 7769 | 1200.000 |
| | 1-TOYOTA RAV4 2000 BLACK | | |
| | VIN # JT3GP10V1Y0048531 | | |
| | 1-HONDA CIVIC EX 1998 GREEN | | |
| | VIN # 1HGEJ6671WL029828 | | |
| | 1-CHEV PRIZM/LSI 2001 BLACK | | |
| | VIN # 1Y15R5284Y2434508 | | |
| | 1-TOYOTA COROLLA/VE 1999 TAN | | |
| | VIN # 2T1BR12EOXC149635 | | |

## FREIGHT AND CHARGES

OFICIAL FREIGHT INVOICE

| Freight Basis | | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|---|
| BASIC FREIGHT | 4.00* | 1300.00 | USD | 45' | 5200.00 |
| BASIC FREIGHT | 1.00* | 800.00 | USD | HC | 800.00 |
| PORT SECURITY | (US) | 112.00 | USD | SX | 448.00 |
| PORT SECURITY | (US) | 100.00 | USD | SU | 100.00 |

# EXHIBIT "J"

| TOTAL FREIGHT DUE: | USD | 6548.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR

**MAERSK SEALAND**

| MARKS & NUMBERS | DESCRIPTION | | | |
|---|---|---|---|---|
| | AUTOMOVIL | | | |
| | 1 X 45' HC STC | SJ1043731 | | |
| | 3 CARS | | 5470 | 1200.000 |
| | 1-TOYOTA COROLLA/CE 2001 | | | |
| | SILVER | | | |
| | VIN # 2T1BR12E31C397420 | | | |
| | 1-HONDA ACCORD 1997 GRAY | | | |
| | 1-HONDA CIVIC/LX 1999 GREEN | | | |
| | VIN # JHMEJ6671Y5000517 | | | |
| | 1 X 45' HC STC | | LBS | CFT |
| | 3 CARS | | 5570 | 1200.000 |
| | 1-HONDA ACCORD/EX 1997 SILVER | | | |
| | VIN # 1HGCD5656VA058165 | | | |
| | 1-TOYOTA SDN 1996 BLACK | | | |
| | VIN # 2T1BA02E4TC157281 | | | |
| | 1-TOYOTA COROLLA 2001 BULE | | | |
| | VIN # 2T1BR12E51C425170 | | | |
| | 1 X 45' HC STC | | LBS | CFT |
| | 3 CARS | | 5357 | 1200.000 |
| | 1-HONDA CIVIC 1997 WHITE | | | |
| | VIN # 1HGEJ622XVL094013 | | | |
| | 1-HONDA ACCORD/LX 1998 WHITE | | | |
| | VIN # 1HGCG5646WA249536 | | | |
| | 1-KIA SEPHIA 1998 BURGUNDY | | | |
| | VIN # KNAFB1211W5741346 | | | |
| | 1 X 45' HC STC | | LBS | CFT |
| | 3 CARS | | 5465 | 1200.000 |
| | 1-HONDA CIVIC/EX 1999 BALCK | | | |
| | VIN # 2HGEJ8545XH534065 | | | |

FREIGHT & CHARGES

M1000

10004/7500M/10-01/DR

**MAERSK SEALAND**

COMBINED TRANSPORT
BILL OF LADING
ATTACHMENT NO.:  2 OF  2

MARKS & NUMBERS                DESCRIPTION

1-TOYOTA COROLLA 2000 TAN
VIN # 2T1BR12E8YC284380          SJ1043731
1-SUBARU WAGON 1995 GREEN
VIN # 4S3BK635457330523


NO S.E.D. REQUIRED FSTR SEC.
30.55.H. CARGO VALUE
UNDER $2,500.00 PER INDIVIDUAL
SCHEDUALE B 650959614-PTO
0018
SC NO: 10468


FREIGHT & CHARGES

M1000                                                        10004/7500M/10-01/DR



# MAERSK SEALAND

**MAERSK SEALAND**   **FREIGHT INVOICE**
**COMBINE TRANSPORT**
**BILL OF LADING**

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

```
To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET                    B/L Number: SJ1053892
      JERSEY CITY NJ 07304
                                         Shpr Ref  : CONS:CMDR0073
                                         Frwdr Ref :
Shipper: UNITED CARGO OF NEW JERSEY      Vessel/Voy: MARCON          /0245
         20 AMITY ST.                    Receipt   : NEWARK
         JERSEY CITY NJ 07304            Load Port : NEWARK
                                         Discharge : RIO HAINA
                                         Delivery  : RIO HAINA
```

Sailing Date: NOV 01 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | ------ | ------- |
| 1 X 45' HC STC | | LBS | CFT |
| 4 UNITS | | 7026 | 1200.000 |
| 3 CARS AND 1 MOTOCICLE | | | |
| 1 CAR TOYOTA COROLLA 1997 GOLD | | | |
| VIN # 2T1BR02E0VC199768 | | | |
| 1 CAR DODGE INTREPID 1999 RED | | | |
| VIN 2B3HD46R2XH757056 | | | |
| 1 CAR TOYOTA RAV 4 1997 BLUE | | | |
| VIN  JT3GP10V5V0014606 | | | |
| 1 MOTOCICLE YAMAHA 2001 BLUE | | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| -------------- | ----------- | -------- | ---- | -------- |
| BASIC FREIGHT  1.00* | 1515.00 | USD | 45' | 1515.00 |
| ADDITIONAL CHARGE | 12.50 | USD | SO | 189.38 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SX | 35.00 |
| PORT SECURITY (US) | 112.00 | USD | SX | 112.00 |

EXHIBIT "K"

| **TOTAL FREIGHT DUE:** | USD | 1851.38 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                                9564/4250M/3-01/DR

# MAERSK SEALAND

**COMBINE TRANSPORT
BILL OF LADING**

MARKS & NUMBERS          DESCRIPTION

VIN   JYACG08C91A019953
COCHES Y MOTOCICLETA          SJ1053892
SC NO: 10468

FREIGHT & CHARGES

M1000

9564/4250M/3-01/DR



**MAERSK SEALAND**

**COMBINE TRANSPORT BILL - LADING**

# FREIGHT INVOICE

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number: 2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: NYCD26048

Shpr Ref  : CONS:CMDR0068
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0247

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES 20 AMITY ST
         JERSEY CITY, NJ 07305

Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: NOV 07 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | | Measure | |
| --- | --- | --- | --- | --- | --- |
| INKU2291083 | 1 X 40'HIGHCUBE CNTR. S.T.C. | | LBS | | CFT |
| SS967942 | 192 PCS | 24500 | | 1200.000 | |
| | OF USED AUTO PARTS | | | | |
| | NO S.E.D. REQUIRED FSTR | | | | |
| | SEC 30.55 H  CARGO VALUE | | | | |
| | UNDER $2,500. PER INDIVIDUAL | | | | |
| | SCHEDULE B 6509.99.6014-PTC-0018 | | | | |
| | SC NO. 10464 | | | | |

**ORIGINAL FREIGHT INVOICE**

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
| --- | --- | --- | --- | --- |
| BASIC FREIGHT 1.00* | 1515.00 | USD | HC | 1515.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

**EXHIBIT "L"**

| TOTAL FREIGHT DUE: | USD | 1650.00 |
| --- | --- | --- |

Thank you for your support.   Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                                9564/4250M/3-01/DR



# MAERSK SEALAND

**MAERSK SEALAND COMBINED TRANSPORT**
# FREIGHT INVOICE
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1058311

Shpr Ref  :
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0247
Receipt   : JERSEY CITY
Load Port  : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Sailing Date: NOV 07 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | LBS | CFT |
| | 4 CARS | 8245 | 1200.000 |
| | 1 TOYOTA CAMRY 1998 GRN | | |
| | VIN # JT2BG22KXW0156126 | | |
| | 1 TOYOTA RAV4 1999 GR | | |
| | VIN # JT3HP10V0X0216395 | | |
| | 1 TOYOTA COROLLA 1997 BLUE | | |
| | VIN # 2T1BR02E4VC205331 | | |
| | 1 SUSUKI GRAN VITA 1999 SILVER | | |
| | VIN # JS3TD62W1X4143781 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |
| PORT SECURITY  (US) | 100.00 | USD | SU | 100.00 |

# EXHIBIT "M"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR

Case 1:03-cv-20664-DLG   Document 1   Entered on FLSD Docket 03/21/2003   Page 35 of 51

MARKS & NUMBERS          DESCRIPTION

                         AUTOMOVIL
                         SC NO: 10468              SJ1058311

FREIGHT & CHARGES

M1000                                                9564/4250M/3-01/DR

# MAERSK SEALAND

## MAERSK SEALAND

**COMBINE TRANSPORT BILL - LADING**

# FREIGHT INVOICE

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:    UNITED CARGO INTL-JERSEY CITY
       20 AMITY STREET
       JERSEY CITY NJ 07304

B/L Number: SJ1058313

Shpr Ref  :
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0247
Receipt   : JERSEY CITY
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Sailing Date: NOV 07 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | ------ | ------- |
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | LBS | CFT |
| | 4 CARS | 17525 | 1200.000 |
| | 1 TOYOTA RAV4 2000 GREEN | | |
| | VIN # JT3HP10V5Y7152296 | | |
| | 1 TOYOTA RAV4 1998 GREY | | |
| | VIN # JT3GF10V9W7034700 | | |
| | 1 HONDA ACCORD 1999 GREY | | |
| | VIN # 1HGCG6670XA109284 | | |
| | 1 TOYOTA CAMRY 1998 BEIGE | | |
| | VIN # JT2BG22K8WU201871 | | |

**ORIGINAL FREIGHT INVOICE**

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |

# EXHIBIT "N"

| **TOTAL FREIGHT DUE:** | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                                            9564/4250M/3-01/DR

# MAERSK SEALAND

**COMBINE TRANSPORT
BILL OF LADING**

MARKS & NUMBERS          DESCRIPTION

AUTOMOVIL
SC NO: 10468                          SJ1058313

FREIGHT & CHARGES

M1000                                                              9564/4250M/3-01/DR



# MAERSK SEALAND

### MAERSK SEALAND

### COMBINED TRANSPORT
### BILL OF LADING

## FREIGHT INVOICE

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

Shipper: UNITED CARGO INTERNATIONAL
         NEW JERSEY
         20 AMITY ST
         JERSEY CITY, NJ. 07304

B/L Number: SJ1D15115

Shpr Ref  : CONS.:CMDR0084
Frwdr Ref :
Vessel/Voy: MARCON                    /0247
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: NOV 14 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| MAEU4542964<br>01880 | 1 X 45' HC STC<br>188 PCS W/MACHINERY,APPLIANCES<br>COMPUTERS, USED CLOTH, OFFICE<br>FURNITURE HOUSE FURNITURE,<br>AIR CONDITIONER<br>MERCANCIAS DE CASA<br>SC NO: 40456 | LBS<br>23900 | CFT<br>2350.000 |

## ORIGINAL FREIGHT INVOICE

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1704.30 | USD | 45' | 1704.30 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SX | 35.00 |
| PORT SECURITY (US) | 112.00 | USD | SX | 112.00 |
| SED FILING FEE | 100.00 | USD | SX | 100.00 |

# EXHIBIT "O"

| TOTAL FREIGHT DUE: | USD | 1951.30 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

9564/4250M/3-01/DR



# MAERSK SEALAND

## FREIGHT INVOICE

BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1061656

Shpr Ref  : CONS:CMDR0079
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0249

Shipper: UNITED CARGO INTERNATIONAL
         NEW JERSEY
         20 AMITY ST
         JERSEY CITY, NJ 07304

Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: NOV 22 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | | Measure |
|---|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | | LBS | CFT |
| | 4 AUTOS | 9154 | | 1200.000 |
| | 1 CAR TOYOTA CAMRY 1997 GREY | | | |
| | VIN# JT2G22KEXV0216337  1592LB | | | |
| | 1 HONDA PCP 2000 BLUE | | | |
| | VIN# 1HGEM11583L022849 1568LB | | | |
| | 1 SUZUKI XC 2001 GREEN | | | |
| | VIN# JS3TE62V414106631 3195LB | | | |
| | 1 HONDA ACCORD 1999 BR | | | |
| | VIN# 1HGCG6651XA005244 2977LB | | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

EXHIBIT "ρ"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR



# MAERSK SEALAND

**MAERSK SEALAND**

## FREIGHT INVOICE
BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:    UNITED CARGO INTL-JERSEY CITY
       20 AMITY STREET
       JERSEY CITY NJ 07304

B/L Number: SJ1063983

Shpr Ref  : MBL-000078
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0249

Shipper: UNITED CARGO INTERNATIONAL
         NEW JERSEY
         20 AMITY ST
         JERSEY CITY,NJ.07304

Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: NOV 22 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | | Measure | |
| --- | --- | --- | --- | --- | --- |
| | | | LBS | | CFT |
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | | | | |
| | 4 CARS | 6590 | | 1200.000 | |
| | 1 CAR HONDA CIVIC 1997 GREEN | | | | |
| | VIN # 1HME J6679VS035303 | | | | |
| | 1 CAR TOYOTA COROLLA 1997 | | | | |
| | VIOLET | | | | |
| | VIN # 2T1BB02E6VC194137 | | | | |
| | 1 CAR TOYOTA COROLLA 1998 | | | | |
| | GREEN | | | | |
| | VIN # NXBR18E9WZ068551 | | | | |

## FREIGHT AND CHARGES

ORIGINAL FREIGHT INVOICE

| Freight Basis | Rate | Currency | Per | Prepaid |
| --- | --- | --- | --- | --- |
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

EXHIBIT "R"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
| --- | --- | --- |

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR



**MAERSK SEALAND**

**MAERSK SEALAND**

# FREIGHT INVOICE
## BILL OF LADING

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1064658

Shpr Ref  : CONS:CMDR0087
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0249
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO INTERNATIONAL
         NEW JERSEY
         20 AMITY ST
         JERSEY CITY, NJ. 07304

Sailing Date: NOV 22 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | LBS | CFT |
| | 4 CARS | 8930 | 983.000 |
| | 1 TOYOTA CAMRY 1997 BROWN | | |
| | VIN # 4T1BG22K1VU166831 | | |
| | 1 HONDA CIVIC 2000 GN | | |
| | VIN # 2HGEJ6617YH586112 | | |
| | 1 HONDA CIVIC 1998 SILVER | | |
| | VIN # 2HGEJ6670WH581334 | | |
| | 1 BMW 1998 GREEN | | |
| | VIN # WBACD3320WDM11591 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

**ORIGINAL FREIGHT INVOICE**

# EXHIBIT "S"

| TOTAL FREIGHT DUE: | USD | 1650.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR

# MAERSK SEALAND

**COMBINE TRANSPORT
BILL OF LADING**

MARKS & NUMBERS          DESCRIPTION

NO S.E.D. REQUIRED FSTR        SJ1064658
SEC.30.55.H. CARGO VALUE
UNDER $2.500.PER INDIVIDUAL
SCHEDUALE B 650959614-PTO-0018
AUTOMOVIL
SC NO: 10468

FREIGHT & CHARGES

M1000

Case 1:03-cv-20664-DLG    Document 1    Entered on FLSD Docket 02/31/2003    Page 43 of 51



# MAERSK SEALAND

## FREIGHT INVOICE
BILL OF LADING / COMBINED TRANSPORT

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304                 B/L Number: SJ1D15754

                                          Shpr Ref  :
                                          Frwdr Ref :
                                          Vessel/Voy: MARCON          /0249
Shipper: UNITED CARGO NEW JERSEY Y/O       Receipt   : NEWARK
         JOSE REYES 20 AMITY ST            Load Port : NEWARK
         JERSEY CITY,NJ 07305              Discharge : RIO HAINA
                                          Delivery  : RIO HAINA

......................................................................
Sailing Date: NOV 28 02   Payment is due within 15 business days of sailing
......................................................................

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | LBS | CFT |
| | 4 CARS | 9200 | 1200.000 |
| | 1 TOYOTA CAMRY 1997 GREEN | | |
| | VIN# 4T1BG22K2VU795403 | | |
| | 1 HONDA ACCORD 1998 GREEN | | |
| | VIN# 1HGCG5659WA249436 | | |
| | 1 TOYOTA COROLLA CE 1997 BK | | |
| | VIN# 1NXBA02E2VZ568051 | | |
| | 1 P/U TOYOTA TACOMA 1997 WHITE | | |
| | VIN# 4TAPM62N3VZ268353 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1150.00 | USD | HC | 1150.00 |
| CHASSIS USAGE CHARGE | 40.00 | USD | SU | 40.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |
| PORT SECURITY (US) | 100.00 | USD | SU | 100.00 |
| BUNKER ADJUST FACTOR | 200.00 | USD | SU | 200.00 |
| ORIGIN DOC FEE | | USD | SM | 50.00 |

EXHIBIT "T"

| TOTAL FREIGHT DUE: | USD | 1575.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000                                                              10004/7500M/10-01/DR

ORIGINAL FREIGHT INVOICE

# MAERSK SEALAND

**COMBINE TRANSPORT BILL OF LADING**

1

MARKS & NUMBERS          DESCRIPTION

                         AUTOMOVIL
                         SC NO: 10468                    SJ1D15754

FREIGHT & CHARGES

M1000

10004/7500M/10-01/DR



# MAERSK SEALAND

## COMBINED TRANSPORT
## BILL OF LADING
## FREIGHT INVOICE

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY, NJ 07305

B/L Number: SJ1033124

Shpr Ref  : CONS.: CMDR0035
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0241
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Sailing Date: SEP 26 02   Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | KGS | CBM |
| | 4 CARS | 3579 | 39.673 |
| | 1 HONDA ACCORD 1998 GREEN | | |
| | VIN # 1HGCG1650WA003230 | | |
| | 1 TOYOTA COROLLA 2002 GOLD | | |
| | VIN # 2T1BR12E82C584172 | | |
| | 1 HONDA CRV 1997 BLACK | | |
| | VIN # JHLRD1840VC019553 | | |
| | 1 HONDA CRV/EX 2000 GREY | | |
| | VIN # JHLRD1848YC060471 | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

**EXHIBIT "U"**

| **TOTAL FREIGHT DUE:** | USD | 1550.00 |
|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR

# MAERSK SEALAND

## COMBINED TRANSPORT
## BILL OF LADING

MARKS & NUMBERS          DESCRIPTION

NO S.E.D. REQUIRED FSTR
SEC.30.55.H. CARGO VALUE UNDERSJ1033124
$2,500. PER INDIVIDUAL
SCHEDUALE B 650959614-PTO-
0018
AUTOMOVIL
SC NO: 10468

FREIGHT & CHARGES

M1000

10004/7500M/10-01/DR



# MAERSK SEALAND

COMBINED TRANSPORT
BILL OF LADING

## MAERSK
## SEALAND

# FREIGHT INVOICE

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:   UNITED CARGO INTL-JERSEY CITY
      20 AMITY STREET
      JERSEY CITY NJ 07304

B/L Number: SJ1036173

Shpr Ref  : CONS.: CMDR0037
Frwdr Ref :
Vessel/Voy: MAERSK SAN JUAN  /0241
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Sailing Date: SEP 26 02    Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | LBS | CFT |
| | 1 X 40'HIGHCUBE CNTR. S.T.C. | | |
| | 4 VEHICLES | 7987 | 1058.000 |
| | INCL:3 CARS & 1 USED COMPACTOR | | |
| | 1 TOYOTA COROLLA/VE 1998 MRGON | | |
| | VIN #:2T1BR18EXWC031372 | | |
| | 1 TOYOTA COROLLA DX 1997 RED | | |
| | VIN #:1NXBB02B7VZ602157 | | |
| | 1 SUZUKI GRAND VITA 1999 BLACK | | |
| | VIN #:JS3TD62V4X4127254 | | |
| | 1 USED COMPACTOR | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

EXHIBIT "V"

| **TOTAL FREIGHT DUE:** | USD | 1550.00 |
|---|---|---|

Thank you for your support.   Please visit our website at WWW.MAERSKSEALAND.COM

# MAERSK SEALAND

**COMBINED TRANSPORT**
**BILL OF LADING**

MARKS & NUMBERS          DESCRIPTION

                         CB224C S/N: 3AL01944
                         NO S.E.D. REQUIRED FSTR          SJ1036173
                         SEC.30.55.H. CARGO VALUE
                         UNDER $2,500.PER INDIVIDUAL
                         SCHEDUALE B
                         650959614-PTO-0018
                         AUTOMOVIL
                         SC NO: 10468

FREIGHT & CHARGES

M1000                                                    10004/7500M/10-01/DR



# MAERSK SEALAND

**MAERSK SEALAND TRANSPORT**

## FREIGHT INVOICE

**BILL OF LADING**

PLEASE REMIT TO: MAERSK SEALAND
6000 Carnegie Blvd, Charlotte, NC 28209-4637
Telephone: 1-800-321-8807

First Union National Bank
Maersk Inc. Account Number:  2000000736110
Routing Number: ABA053000219

Please reference the B/L Number on your remittance

To:    UNITED CARGO INTL-JERSEY CITY
       20 AMITY STREET
       JERSEY CITY NJ 07304

B/L Number: SJ1036168

Shpr Ref  : CONS.: CMDR0036
Frwdr Ref :
Vessel/Voy: MARCON            /0241
Receipt   : NEWARK
Load Port : NEWARK
Discharge : RIO HAINA
Delivery  : RIO HAINA

Shipper: UNITED CARGO NEW JERSEY Y/O
         JOSE REYES
         20 AMITY ST
         JERSEY CITY,NJ 07305

Sailing Date: OCT 05 02    Payment is due within 15 business days of sailing

## CARGO DETAILS

| Marks and Numbers | Description of Goods | Weight | Measure |
|---|---|---|---|
| | | KGS | CBM |
| 1 X 40'HIGHCUBE CNTR. S.T.C. | | | |
| 4 CARS | | 3991 | 35.029 |
| 1 TOYOTA COROLLA/VE 2002 RED | | | |
| VIN # 2T1BR12E9YC344826 | | | |
| 1 TOYOTA TACOMA 1999 WHITE | | | |
| VIN # 4TAN142N5X2419122 | | | |
| 1 TOYOTA RAV4 2002 GREY | | | |
| VIN # JTEHH20V926047574 | | | |
| 1 TOYOTA CAMRY 1997 WHITE | | | |
| VIN # 4T1BG22K3VU756982 | | | |

## FREIGHT AND CHARGES

| Freight Basis | Rate | Currency | Per | Prepaid |
|---|---|---|---|---|
| BASIC FREIGHT  1.00* | 1515.00 | USD | HC | 1515.00 |
| VALUE ADDED TAX(VAT) | 35.00 | USD | SU | 35.00 |

EXHIBIT "W"

| | TOTAL FREIGHT DUE | USD | 1550.00 |
|---|---|---|---|

Thank you for your support.  Please visit our website at WWW.MAERSKSEALAND.COM

M1000

10004/7500M/10-01/DR

# MAERSK SEALAND

**COMBINED TRANSPORT
BILL OF LADING**

MARKS & NUMBERS          DESCRIPTION

NO S.E.D. REQUIRED FSTR
SEC.30.55.H. CARGO VALUE          SJ1036168
UNDER $2,500.PER INDIVIDUAL
SCHEDUALE B
650959614-PTO-0018
AUTOMOVIL
SC NO: 10468

FREIGHT & CHARGES

M1000

10004/7500M/10-01/DR

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 03-20664

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

MAERSK SEALAND,

## DEFENDANTS

CIV - GRAHAM

UNITED CARGO INTERNATIONAL, INC., NOREILYS CAMARILLO, JOSE OSPINA, ALEX DE QUESADA, MICHELANGELO("MICHAEL") LAMORTE, and EDUARDO DE QUESADA,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Mecklemburg
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DADE 03Cv20664 DLG  Garber

MAGISTRATE JUDGE
GARBER

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Walton Lantaff Schroeder & Carson
9350 South Dixie Highway, 10th Fl.
Miami, FL 33156      (305) 671-1300

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE,  HIGHLANDS

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT  (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | A☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Violation of the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701 et seq., non-payment of ocean freight

LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $48,387.68

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY  (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD   LAWRENCE D. SMITH

## FOR OFFICE USE ONLY

RECEIPT # 179509   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____