AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**03-20664**

SOUTHERN DISTRICT OF FLORIDA **CIV-GRAHAM**

MIAMI DIVISION

MAERSK SEALAND,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **MAGISTRATE JUDGE GARBER**

UNITED CARGO INTERNATIONAL, INC.,
NOREILYS CAMARILLO, JOSE OSPINA,
ALEX DE QUESADA, MICHELANGELO
("MICHAEL") LAMORTE, and EDUARDO
DE QUESADA,



TO: (Name and address of defendant)

ALEX DE QUESADA
c/o United Cargo International, Inc.
1916 N.W. 82nd Avenue
Miami, FL 33122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence D. Smith, Esq.
WALTON LANTAFF SCHROEDER & CARSON
9350 South Dixie Highway, 10th Floor
Miami, FL 33156
(305) 671-1300

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

MAR 2 0 2003

CLERK                                    DATE

(BY) DEPUTY CLERK