UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 03-20664-CIV-GRAHAM

**CLOSED CIVIL CASE**

MAERSK SEALAND,

    Plaintiff,

vs.

UNITED CARGO INT'L, INC.,
et al.,

    Defendants.
_____/



## ORDER

**THIS CAUSE** comes before the Court <u>sua sponte</u>.

**THE COURT** file reflects that service of the summons and complaint has not been made upon Defendants within the time required by the Federal Rules of Civil Procedure.

On June 12, 2003, the Court notified Plaintiff that the failure to timely serve Defendants shall be cause for a dismissal of this action. <u>See</u> D.E. 14. The deadline for service expired July 18, 2003. Accordingly, it is

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 4(m), this cause is dismissed without prejudice. It is further

**ORDERED AND ADJUDGED** that the Clerk of the Court is directed to CLOSE this case for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of July, 2003.

                                                          _____
                                                          DONALD L. GRAHAM
                                                          UNITED STATES DISTRICT JUDGE

c:    Lawrence D. Smith, Esq.